UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

"AMENDED" <u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 13-425-JFW**                                                    Date:  January 28, 2013

Title:       In re: Disciplinary Proceedings of Bruce M. Greenfield
             Bruce M. Greenfield -v- United States Trustee of Los Angeles

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DENYING MOTION TO PROCEED WITH APPEAL "IN FORMA PAUPERIS" AND MOTION: TO "STAY" THE BRIEFING SCHEDULE [filed 1/22/13; Docket No. 3];

On January 22, 2013, Appellant Bruce M. Greenfield ("Appellant") filed a Motion to Proceed with Appeal "in Forma Pauperis" and Motion: to "Stay" the Briefing Schedule ("Motion").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving papers, and the arguments therein, the Court rules as follows:

Appellant, who is appearing *pro se*, has appealed an order entered by the Bankruptcy Court denying his motion to vacate the default entered against him in a disciplinary proceeding to the United States Bankruptcy Appellate Panel of the Ninth Circuit ("BAP").  Because BAP may not consider a request to proceed *in forma pauperis*, Appellant's Motion was transferred to this Court for the limited purpose of considering his request to proceed *in forma pauperis*.[1]

To qualify to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, a party must submit "an affidavit that includes a statement of all assets" possessed by the party.  In addition, an appeal "may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good

---

[1] Appellant's Motion was originally filed on January 15, 2013 before BAP.  On January 17, 2013, BAP issued an Order transferring Appellant's Motion to this Court for the limited purpose of ruling on Appellant's request to proceed *in forma pauperis.*  In the January 17, 2013 Order, BAP stated that it would issue a separate order regarding Appellant's request to stay the briefing schedule.  Therefore, this Order will address only Appellant's request to proceed *in forma pauperis.*

faith." 28 U.S.C. § 1915(a)(3).

      In this case, Appellant does not appear to have filed Form A-18 developed by the Central District for any party requesting leave to appeal *in forma pauperis*. In addition, Appellant has not filed a declaration signed under penalty of perjury providing the information required by 28 U.S.C. § 1915. Accordingly, Appellant's Motion is **DENIED.**

      IT IS SO ORDERED.


BCC: US Bankruptcy